IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF IOWA

| IN RE:<br><br>MORGAN SUZANNE POST,<br><br>Debtor. | Case No. 21-01329-lmj13<br><br>**NEBRASKA FURNITURE MART'S OBJECTION TO THE DEBTOR'S CHAPTER 13 PLAN** |
|---|---|

COMES NOW Nebraska Furniture Mart, Inc., a creditor in the above-captioned matter, by and through the undersigned attorney, and in support of its objection to the Debtor's Chapter 13 Plan, respectfully states to the Court as follows:

1. Morgan Suzanne Post (hereinafter referred to as the "Debtor") filed a Petition in this Court under Chapter 13 of the United States Bankruptcy Code on or about October 6, 2021, and filed her Chapter 13 Plan on or about October 6, 2021.

2. Nebraska Furniture Mart, Inc. (hereinafter referred to as "NFM") is a secured creditor of the Debtor as more specifically evidenced in Proof of Claim No. 4 (hereinafter referred to as the "Claim") filed in the above-captioned matter. The Claim and all attachments thereto are specifically incorporated herein by this reference.

3. The Debtor purchased certain goods and wares as more specifically described in the Claim. The purchases were made pursuant to a Revolving Charge Agreement (hereinafter referred to as the "Agreement"). Pursuant to the terms and conditions of the Agreement, NFM has a properly perfected purchase money security interest in the goods and wares purchased by the Debtor.

4. The Debtor's Plan fails to provide for the distribution for the allowed secured claim of NFM in violation of 11 U.S.C. § 1325 and/or is attempting to cram down the value of NFM's secured claim in violation of the hanging paragraph found in 11 U.S.C. § 1325. Additionally, the Plan fails to provide periodic payments sufficient to provide NFM adequate protection during the period of the

Plan in violation of 11 U.S.C. § 1325. The Plan further fails to provide NFM with the appropriate *Till* rate of interest. As such, the Debtor's Plan is not confirmable.

WHEREFORE, Nebraska Furniture Mart, Inc., respectfully requests this Court to deny confirmation of the Debtor's Chapter 13 Plan and for such other and further relief as this Court deems equitable and just under the circumstances.

Respectfully submitted,

ABBOTT OSBORN  JACOBS  PLC

By: */s/ Timothy J. Jacobs*
TIMOTHY J. JACOBS   #IS9998152
974 - 73rd Street Ste. 16
West Des Moines, IA 50265
Telephone (515) 223-6000
Facsimile (515) 223-6011
Email: tim@midwestlawgroup.com
ATTORNEY FOR NEBRASKA
FURNITURE MART, INC.

## CERTIFICATE OF SERVICE

By signing above, the attorney certifies that a true and accurate copy of the foregoing instrument was duly served upon the following parties at the addresses shown below by depositing said document addressed to each person, enclosed in sealed envelopes with proper postage affixed thereto, in a United States Post Office depository in West Des Moines, Iowa, on October 29, 2021.

Morgan Suzanne Post
8601 Westown Parkway Unit 22101
West Des Moines, IA 50266

By signing above, the attorney certifies that on October 29, 2021, this document was filed electronically in the United States Bankruptcy Court, for the Southern District of Iowa. This document was served electronically to all parties registered with the Bankruptcy Court to receive CM/ECF email service in this case.